**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1208**

YESSENIA I. MONDRAGON-BETANCO,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: December 14, 2022                                    Decided: May 1, 2023

Before QUATTLEBAUM and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

**ON BRIEF:** Robert J. Harris, Woodbridge, Virginia, for Petitioner. Brian M. Boynton, Principal Deputy Assistant Attorney General, Holly M. Smith, Assistant Director, David J. Schor, Senior Litigation Counsel, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yessenia I. Mondragon-Betanco, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals' (Board) order upholding the Immigration Judge's (IJ) denial of her motion to reopen sua sponte.  Upon review, we conclude that we lack jurisdiction to review the Board's decision affirming the IJ and declining to reopen sua sponte.  *See Lawrence v. Lynch,* 826 F.3d 198, 206-07 (4th Cir. 2016); *Mosere v. Mukasey,* 552 F.3d 397, 400-01 (4th Cir. 2009).

We therefore dismiss the petition for review.  *In re Mondragon-Betanco* (B.I.A. Feb. 1, 2022).   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*